**2003–1901. Campbell v. Indus. Comm.**
Franklin App. No. 02AP–1253, 2003-Ohio-4824. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion not to dismiss this cause for want of prosecution,

IT IS ORDERED by the court that the motion not to dismiss be, and hereby is, granted.

IT IS FURTHER ORDERED that appellee shall file its merit brief within 30 days of the date of this entry, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

## MISCELLANEOUS DISMISSALS

**2003–2175. State ex rel. Trussell v. Meigs Cty. Bd. of Commrs.**
Meigs App. No. 03CA1. This cause is pending before the court as an appeal from the Court of Appeals for Meigs County. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.